# STEINBERG, FINEO, BERGER & FISCHOFF P.C.

ATTORNEYS AND COUNSELORS AT LAW

40 CROSSWAYS PARK DRIVE
WOODBURY, NEW YORK 11797
516-747-1136
FAX: 516-747-0382

STUART M. STEINBERG
FRANCIS G. FINEO
HEATH S. BERGER*
GARY C. FISCHOFF**

JAMES E. BRANDT
MICHAEL A. D'EMIDIO
DAVID A. FRIEDMAN
LAURIE SAYEVICH HORZ**
ERIC JURIST
SEAN R. LASKY**
FRANK A. RACANO****
VINCENT RENDA*****
STEVEN E. SHUMER****
SHARON D. SIMON
HARRY R. THOMASSON, JR.***
BIANCA M. WORDEN**

OF COUNSEL:

ROBERT A. CLINARD
DANA J. FINKELSTEIN, LLC****
RICHARD A. FOGEL**
LAWRENCE KATZ
MATTHEW KREINCES
BRIAN NOVAK

\*      ALSO ADMITTED IN DISTRICT OF COLUMBIA
\*\*     ALSO ADMITTED IN NEW JERSEY
\*\*\*    ALSO ADMITTED IN MASSACHUSETTS
\*\*\*\*   ALSO ADMITTED IN CONNECTICUT
\*\*\*\*\*  ALSO ADMITTED IN CALIFORNIA

August 7, 2006

Hon. Michael L. Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4449

Re: Caronia v. Hustedt Chevrolet et al CV 05-3526
    Estate of Levy v. Hustedt Chevrolet et al. CV 05-4832
    Ventimiglia v. Hustedt Chevrolet et al. CV 05-4149
    Pratt v. Hustedt Chevrolet et al. CV 05 4148
    Weiss v. Hustedt Chevrolet et al. 05-4230

Dear Judge Orenstein:

This letter concerns the August 1, 2006 letter forwarded to this Court by Milman & Heidecker. That letter purports to serve as a reply to the July 27, 2006 letter submitted by this office in response to the Defendants' application to move for discovery sanctions. We respectfully request that the Court disregard the August 1, 2006 letter as a nullity. As the Court is aware, there is no authority in Your Honor's individual practices, nor in the Local Rules of this Court for submission of a reply letter. Significantly, the Defendants have not disputed that they failed to address their discovery issues with our office prior to submitting their application. Suffice it to say that the Plaintiffs object to the contents of the August 1, 2006 letter, and respectfully request this Court's permission to cross move for appropriate relief should the Court decide to permit the Defendants to make their proposed motion. Alternatively, we respectfully request that the Court hold a telephone conference with regard to these matters, should the Court deem such a

conference appropriate.  We thank the Court again for its courtesy and consideration in this matter.

>Very truly yours,
>Steinberg, Fineo, Berger & Fischoff, P.C.
>
>By /s/ Sharon Simon
>Sharon Simon (SDS 5323)

Cc: Harry Thomasson, Esq.
Milman & Heidecker
Solferino & Solferino, LLP