UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
JOSEPHINE CARONIA,

                Plaintiff

    -against-

HUSTEDT CHEVROLET, INC., et al.,

               Defendants
----------------------------------------------------X

**ORDER**

Civil Action No.  05-3526
(DRH)(MLO)

**HURLEY, Senior District Judge:**

Presently before the Court is a Report and Recommendation of Magistrate Judge Michael

L. Orenstein, dated and filed October 5, 2009, recommending that plaintiff's application for

preliminary injunctive relief be denied.   No objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report

and Recommendation for clear error, and finding none, now concurs in both its reasoning and its

result. Accordingly, this Court adopts the October 5, 2009 Report and Recommendation of Judge

Orenstein as if set forth herein.  Plaintiff's motion for preliminary injunctive relief is hereby

denied.

      **SO ORDERED.**

Dated:  Central Islip, N.Y.
     October 30, 2009

                                  /s/_____
                                  Denis R. Hurley,
                                  United States District Judge