UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOSEPHINE CARONIA                                                   CV-05-3526 (DRH)
    -against-
HUSTEDT CHEVROLET, et al.
-------------------------------------------------------X
KEVIN PRATT                                                               CV-05-4148  (DRH)
    -against-
HUSTEDT CHEVROLET. et al.
-------------------------------------------------------X
FRANK VENTIMIGLIA                                           CV-05-04149  (DRH)
    -against-
HUSTEDT CHEVROLET, et al.
-------------------------------------------------------X
PAUL WEISS                                                               CV-05-4230  (DRH)
    -against-
HUSTEDT CHEVROLET, et al.

     The above captioned cases having been certified by the Magistrate Judge as consolidated and ready for trial,

     IT IS HEREBY ORDERED that counsel appear for a final pretrial / settlement conference before Hon. Denis R. Hurley, U.S.D.J. on  **FRIDAY, DECEMBER 10, 2010 AT 2**:**00 PM in Courtroom 930 of the Federal Courthouse, 100 FEDERAL PLAZA, CENTRAL ISLIP, N.Y.** Counsel are directed to attend with full authority to settle the action and have the principal parties available in person or by telephone.  If the case has already been settled, counsel shall send a letter to the Court confirming the settlement and need not appear for the conference.

     Counsel shall submit a letter, not to exceed three pages, stating their respective settlement positions.  The letters shall be sent to Chambers or faxed to (631) 712-5651 and received by Monday, December 6, 2010.  DO NOT file these letters on ECF.

     Should the cases not settle, the Court will set a trial date, set a schedule for trial submissions, and and discuss any unusual aspects of the trial.


     **FAILURE TO APPEAR AT THE CONFERENCE MAY RESULT IN THE ENTRY OF AN ORDER OF DISMISSAL OR JUDGMENT OF DEFAULT.**

Any request for adjournment must be made in a written submission, filed on ECF at least **three business days** prior to the scheduled appearance. Adjournments will be granted only upon **consent** of all parties **and** upon good cause shown.

SO ORDERED.


Dated: Central Islip, New York
November 16, 2010                              /S/
                                               Denis R. Hurley
                                               United States District Judge